# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D2023-2363

————————————————

POINTE MEZZANINE, LLC and
POINTE RESORT, LLC,

Appellants,

v.

GENE L EARLEY, JR.,

Appellee.

————————————————

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

January 24, 2024

PER CURIAM.

DISMISSED. *See Magnolia Fla. Tax Certificates v. Alexa1*, 229 So. 3d 1288 (Fla. 1st DCA 2017).

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

D. Kent Safriet, Edward M. Wenger and Gary K. Hunter, Jr., of Holtzman Vogel Baran Torchinsky & Josefiak, PLLC, Tallahassee, for Appellants.

Nathan D. Clark of Coral Reef Law Offices, P.A., Pensacola, for Appellee.